# In the United States Court of Federal Claims

No. 20-1306T
Filed: November 4, 2020

---

**IRA JEROME ROSS,**

        *Plaintiff,*

v.

**UNITED STATES,**

        *Defendant*.

---

## ORDER OF DISMISSAL

On October 2, 2020, the Court entered an Order directing the plaintiff to pay the filing fee of $400 by November 2, 2020, because, as a prisoner, he has had at least three prior cases dismissed as frivolous or malicious or for failure to state a claim. The plaintiff was warned that the failure to pay the filing fee by November 2, 2020, would result in the dismissal of his claim.

The plaintiff has failed to abide by the Court's October 2, 2020, Order and has not submitted the filing fee. Accordingly, the plaintiff's complaint is **DISMISSED.**[1] *See* Rule 41(b), Rules of the U.S. Court of Federal Claims. The Clerk shall enter judgment accordingly. No costs are awarded.

It is so **ORDERED.**

                                              s/ Richard A. Hertling
                                              **Richard A. Hertling**
                                              **Judge**

---

[1] The Court notes that the plaintiff's complaint is the subject of separate litigation in a class action in federal district court in which a district judge has determined that prisoners are eligible for payments under the Coronavirus Aid, Relief, and Economic Security Act, Pub. L. 116-136. *See Scholl v. Mnuchin*, 20-cv-05309-PJH (N.D. CA).